IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PEOPLE FOR THE AMERICAN WAY, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HOUSING AND ) <br> URBAN DEVELOPMENT, *et al.* ) <br> ) <br> *Defendants*. ) <br> ) <br> ) | Civil Action No. 18-cv-487 (BAH) |

**JOINT REPORT IN RESPONSE TO THIS COURT'S JULY 31, 2018 MINUTE ORDER**

In this case brought under the Freedom of Information Act, 5 U.S.C. § 552, Plaintiff People for the American Way ("People For") and Defendants U.S. Department of Housing and Urban Development ("HUD") and U.S. Department of Justice ("DOJ") (collectively "Defendants") file this joint report in order to comply with this Court's July 31, 2018 Minute Order.

1. HUD has sent to plaintiff an additional production, which plaintiff is continuing to review. The two parties met and conferred by phone and have agreed to have another meet and confer once plaintiff reviews the latest production.

2. Plaintiff has reviewed DOJ's latest production. The two parties met and conferred by phone, and DOJ represented that it has fully processed plaintiff's request. Plaintiff is internally discussing its desired next steps.

3. In light of the above, the parties request that this Court permit the parties to submit a fourth joint status report on October 15, 2018. By this time, plaintiff will

have reviewed HUD's latest production and decided its proposed next steps regarding the DOJ request, and the parties will have met and conferred once again.

4. The parties expect to continue their cooperative efforts at resolving this matter.

Dated: August 30, 2018

Respectfully submitted,

*/s/ Craig Goldblatt*
Craig Goldblatt
D.C. Bar No. 449229
Samuel M. Strongin
D.C. Bar No. 240970
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000 (phone)
(202) 663-6363 (fax)
craig.goldblatt@wilmerhale.com
samuel.strongin@wilmerhale.com

*/s/ Diane Laviolette*
Diane Laviolette
D.C. Bar No. 457844
*/s/ Elliot Mincberg*
Elliot Mincberg
D.C. Bar No. 941575
PEOPLE FOR THE AMERICAN WAY FOUNDATION
1101 15th Street NW, Suite 600
Washington, DC 20005
(202) 467-4999
emincberg@pfaw.org
dlaviolette@pfaw.org

*Counsel for Plaintiff*

JESSIE K. LIU,
D.C. BAR # 472845
United States Attorney
   for the District of Columbia

DANIEL F. VAN HORN

        D.C. BAR # 924092
        Chief, Civil Division

*/s/ Marina Utgoff Braswell*
  MARINA UTGOFF BRASWELL
  D.C. Bar # 416587
  Assistant United States Attorney
  United States Attorney's Office
  555 4th Street, N.W. – Civil Division
  Washington, D.C. 20530
  (202) 252-2561
  Marina.braswell@usdoj.gov

*Counsel for Defendants*