UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PEOPLE FOR THE AMERICAN WAY,<br><br>        *Plaintiff,*<br><br>        v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT et al.,<br><br>        *Defendants.* | Civil Action No. 18-0487 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's December 18, 2019 Order, Plaintiff People for the American Way ("People For") and Defendants U.S. Department of Housing and Urban Development ("HUD") and U.S. Department of Justice ("DOJ") (collectively "Defendants") file this joint status report in this Freedom of Information Act ("FOIA") case.

    1.    Since the parties' last status report, HUD has produced an additional two sets of documents totaling 2,184 pages, bringing the total number of interim releases to nineteen. HUD is continuing to process the remaining records and will make monthly releases. HUD estimates that 5,622 records remain to be processed.

    2.    DOJ made its final production of two responsive documents on December 17, 2019. DOJ has completed processing Plaintiff's request.

The parties propose to file another status report by April 23, 2020. A proposed order is attached.

Dated: February 20, 2020 Respectfully submitted,

*/s/ Craig Goldblatt*
Craig Goldblatt
D.C. Bar No. 449229
Samuel M. Strongin
D.C. Bar No. 240970
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000 (phone)
(202) 663-6363 (fax)
craig.goldblatt@wilmerhale.com
samuel.strongin@wilmerhale.com

*/s/ Diane Laviolette*
Diane Laviolette
D.C. Bar No. 457844
*/s/ Elliot Mincberg*
Elliot Mincberg
D.C. Bar No. 941575
PEOPLE FOR THE AMERICAN WAY FOUNDATION
1101 15th Street NW, Suite 600
Washington, DC 20005
(202) 467-4999
emincberg@pfaw.org
dlaviolette@pfaw.org
*Counsel for Plaintiff*

TIMOTHY J. SHEA,
D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN,
D.C. Bar # 924092
Chief, Civil Division

*/s/ Brenda González Horowitz*
D.C. Bar No. 1012743
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 Fourth St. N.W.
Washington, D.C. 20530

                                                Tel: (202) 252-2512
                                                Brenda.gonzalez.horowitz@usdoj.gov
                                                *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEOPLE FOR THE AMERICAN WAY, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT et al., <br><br> *Defendants*. | Civil Action No. 18-0487 (BAH) |

### [PROPOSED] ORDER

In light of the parties' joint status report, it is ORDERED that the parties shall file a joint status report on or before April 23, 2020.

_____      _____
Date                                          Beryl A. Howell
                                                      Chief Judge
                                                      U.S. District Court for the District of Columbia