UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PEOPLE FOR THE AMERICAN WAY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-0487 (BAH)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JOINT STATUS REPORT**

Pursuant to the Court's April 19, 2021 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report.

Defendant Department of Justice has completed its processing of records responsive to Plaintiff's Freedom of Information Act ("FOIA") request and Defendant U.S. Department of Housing and Urban Development ("HUD") continues to process records potentially responsive to Plaintiff's FOIA request. Since the parties' April 19, 2021 Joint Status Report (ECF No. 34), HUD produced two additional sets of documents totaling 1,391 pages, bringing the total number of HUD's interim releases to thirty-five. HUD will continue to make monthly releases and intends to make its next release of over 500 pages by June 30, 2021. HUD estimates that 3,384 records will remain for processing after the June release.

Accordingly, the parties respectfully propose that they file another joint status report by August 16, 2021. A proposed order is attached.

Respectfully submitted,

/s/ Samuel M. Strongin
Jonathan E. Paikin, D.C. Bar #466445
Samuel M. Strongin, D.C. Bar #240970
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 663-6000 (phone)
(202) 663-6363 (fax)
craig.goldblatt@wilmerhale.com
samuel.strongin@wilmerhale.com

/s/ Diane Laviolette
Diane Laviolette, D.C. Bar #457844
Elliot Mincberg, D.C. Bar #941575
PEOPLE FOR THE AMERICAN WAY
FOUNDATION
1101 15th Street N.W., Suite 600
Washington, D.C. 20005
(202) 467-4999
emincberg@pfaw.org
dlaviolette@pfaw.org

*Attorneys for Plaintiffs*

Dated: June 15, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ Michael A. Tilghman II
      MICHAEL A. TILGHMAN II
      D.C. Bar #988441
      Assistant United States Attorney
      U.S. Attorney's Office, Civil Division
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 252-7113
      Michael.Tilghman@usdoj.gov

*Attorneys for the United States of America*